No. 66428.—Alfred Dunhill of London, Inc. *v.* United States, protests 290808–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon traveling bags similar in use to leather traveling bags and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 66429.—C. F. Hathaway Company *v.* United States, protest 183504–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiff was sustained.

No. 66430.—Gloria Gloves, Inc., et al. *v.* United States, protests 59/30343, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727) and the record showing that the merchandise consists of nylon gloves similar in use to silk gloves, the claim of the plaintiffs was sustained.